| 4/16/2009 | ACLU of Nevada | |
|---|---|---|
| 6:07 PM | Slip Listing | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Transaction Dat | 1/3/2006 - Latest |
| Time.Selection | Include: A. Lichtenstein; J.Cox; M. McLetchie |
| Slip.Classification | Open |
| Clie.Selection | Include: ACLU of Nevada |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 543  TIME<br>4/14/2007<br>WIP<br>Review and analyze new Las Vegas Municipal Code sections. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 4.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1397.50 |
| 544  TIME<br>4/23/2007<br>WIP<br>Draft second amended complaint. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 3.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1040.00 |
| 545  TIME<br>4/24/2007<br>WIP<br>Finalize second amended complaint. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 1.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 487.50 |
| 529  TIME<br>9/19/2007<br>WIP<br>Attention drafting of 26(f) report. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 29.50 |
| 546  TIME<br>9/20/2007<br>WIP<br>Edit and file proposed discovery plan/scheduling order. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.90<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 292.50 |
| 537  TIME<br>3/6/2008<br>WIP<br>Attention to draft application with extended dates. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 118.00 |
| 536  TIME<br>3/13/2008<br>WIP<br>Confer with team regarding case status and scheduling. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 59.00 |

| 4/16/2009 | ACLU of Nevada | | |
|---|---|---|---|
| 6:07 PM | Slip Listing | | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 535        TIME<br>3/21/2008<br>WIP<br>Review case files and declarations and complaints in preparation for Motion for Summary Judgment work. | M. McLetchie<br>Other<br>ACLU of Nevada | 2.90<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 855.50 |
| 534        TIME<br>3/24/2008<br>WIP<br>Begin drafting preliminary version of the Motion for Summary Judgment; continue review of case files and prior orders. | M. McLetchie<br>Other<br>ACLU of Nevada | 4.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 1298.00 |
| 514        TIME<br>4/21/2008<br>WIP<br>Review case history; outline Motion for Summary Judgment issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 4.90<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 1445.50 |
| 515        TIME<br>4/24/2008<br>WIP<br>Attention to Motion for Summary Judgment and Stipulated Extension. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |
| 516        TIME<br>4/25/2008<br>WIP<br>Continued attention to Motion for Summary Judgment and Extension Stipulation. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 59.00 |
| 547        TIME<br>6/20/2008<br>WIP<br>Review stipulation to extend the discovery deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 533        TIME<br>7/9/2008<br>WIP<br>Confer with A. Lichtenstein and L. Rowland regarding scheduling. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 59.00 |
| 517        TIME<br>7/31/2008<br>WIP<br>Research for A. Lichtenstein regarding panhandling and additional issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 1.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 413.00 |

| | | | | |
|---|---|---|---|---|
| 4/16/2009 | | ACLU of Nevada | | |
| 6:07 PM | | Slip Listing | | Page    3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 518           TIME<br>8/5/2008<br>WIP<br>Review and organize preliminary draft of Motion for Summary Judgment; confer with A. Lichtenstein regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 1.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 324.50 |
| 520           TIME<br>8/9/2008<br>WIP<br>Research regarding Motion for Summary Judgment; confer with A. Lichtenstein regarding brief. | M. McLetchie<br>Other<br>ACLU of Nevada | 1.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 324.50 |
| 519           TIME<br>8/10/2008<br>WIP<br>Research regarding immediate solicitation and panhandling for Motion for Summary Judgment. | M. McLetchie<br>Other<br>ACLU of Nevada | 3.90<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 1150.50 |
| 521           TIME<br>8/11/2008<br>WIP<br>Confer with A. Lichtenstein regarding Motion for Summary Judgment; consider issues regarding FSELLC loophole and confer with A. Lichtenstein by e-mail regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.60<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 177.00 |
| 522           TIME<br>8/12/2008<br>WIP<br>Confer with A. Lichtenstein regarding brief progress and strategy and timing regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |
| 548           TIME<br>8/12/2008<br>WIP<br>Review stipulation to extend the discovery deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 549           TIME<br>9/11/2008<br>WIP<br>Review stipulation to extend the motion deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 492           TIME<br>9/15/2008<br>WIP<br>Attention to draft Motion for Summary Judgment. | J.Cox<br>Other<br>ACLU of Nevada | 2.00<br>2.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 380.00 |

| 4/16/2009 | | ACLU of Nevada | | | |
| 6:07 PM | | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 550<br>9/20/2008<br>WIP<br>Edit and revise Plaintiff's Motion for Summary Judgment. | TIME | A. Lichtenstein<br>Other<br>ACLU of Nevada | 3.40<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1105.00 |
| 551<br>9/21/2008<br>WIP<br>Continue to edit and revise Plaintiff's Motion for Summary Judgment. | TIME | A. Lichtenstein<br>Other<br>ACLU of Nevada | 3.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1202.50 |
| 285<br>9/22/2008<br>WIP<br>Final review of the Motion for Summary Judgment and file. | TIME | J.Cox<br>Other<br>ACLU of Nevada | 4.00<br>4.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 760.00 |
| 493<br>9/22/2008<br>WIP<br>Incorporate final edits and attention to finalization of brief. | TIME | J.Cox<br>Other<br>ACLU of Nevada | 4.00<br>4.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 760.00 |
| 552<br>9/23/2008<br>WIP<br>Review Defendant's Motion for Summary Judgment. | TIME | A. Lichtenstein<br>Other<br>ACLU of Nevada | 2.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 682.50 |
| 494<br>10/1/2008<br>WIP<br>Review and analysis of Defendants' Motion for Summary Judgment and begin outlining our response. | TIME | J.Cox<br>Other<br>ACLU of Nevada | 5.00<br>5.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 950.00 |
| 495<br>10/2/2008<br>WIP<br>Research cases cited by Defendants' and begin research into cases to cite in response. | TIME | J.Cox<br>Other<br>ACLU of Nevada | 5.50<br>5.50<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 1045.00 |
| 496<br>10/3/2008<br>WIP<br>Continue drafting responses to Defendants' Motion for Summary Judgment. | TIME | J.Cox<br>Other<br>ACLU of Nevada | 3.00<br>3.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 570.00 |
| 288<br>10/3/2008<br>WIP | TIME | J.Cox<br>Draft/revise<br>ACLU of Nevada | 2.75<br>2.75<br>0.00 | 190.00<br>T@1<br>No Charge | 522.50 |

| | | | | |
|---|---|---|---|---|
| 4/16/2009 | ACLU of Nevada | | | |
| 6:07 PM | Slip Listing | | Page | 5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Draft research section addressing standing issues. | | 0.00 | | |
| 523              TIME<br>10/7/2008<br>WIP<br>Attention to scheduling issues; confer with opposing counsel regarding stipulation; e-mail to team regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |
| 497              TIME<br>10/9/2008<br>WIP<br>Review prior case briefing regarding summary judgment. | J.Cox<br>Other<br>ACLU of Nevada | 1.00<br>1.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 190.00 |
| 553              TIME<br>10/9/2008                4/15/2009<br>WIP<br>Review stipulation to extend opposition deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 289              TIME<br>10/9/2008<br>WIP<br>Review/analyze past Fremont documents, case history, including factual issues presented. | J.Cox<br>Review/analyze<br>ACLU of Nevada | 1.00<br>1.00<br>0.00<br>0.00 | 190.00<br>T@1<br>No Charge | 190.00 |
| 290              TIME<br>10/22/2008<br>WIP<br>Research time, place and manner issues and begin drafting section of the response. | J.Cox<br>Research<br>ACLU of Nevada | 6.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 1235.00 |
| 291              TIME<br>10/23/2008<br>WIP<br>Draft/revise and research Equal Protection and time, place, and manner issues for the Response. | J.Cox<br>Draft/revise<br>ACLU of Nevada | 9.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 1805.00 |
| 566              TIME<br>10/23/2008<br>WIP<br>Advise Ms. Cox regarding response strategies; confer with Ms. Cox regarding legal issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.60<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 177.00 |
| 524              TIME<br>10/24/2008<br>WIP<br>Attention to scheduling issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 29.50 |

4/16/2009 ACLU of Nevada
6:07 PM Slip Listing                                                                  Page      6

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 292  TIME<br>10/28/2008<br>WIP<br>E-mail correspondence with Todd Bice regarding extension, file the stipulation to extend time. | J.Cox<br>Other<br>ACLU of Nevada | 0.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 95.00 |
| 554  TIME<br>10/28/2008<br>WIP<br>Review Stipulation to Extend Opposition deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 32.50 |
| 525  TIME<br>10/30/2008<br>WIP<br>E-mail to A. Lichtenstein regarding plans regarding Response to Motion for Summary Judgment. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 59.00 |
| 555  TIME<br>11/6/2008<br>WIP<br>File stipulation to extend response deadline. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 65.00 |
| 556  TIME<br>11/12/2008<br>WIP<br>Edit and revise Plaintiff's Response to Defendant's Motion for Summary Judgment. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 4.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1462.50 |
| 526  TIME<br>11/14/2008<br>WIP<br>Attention to editing and finalizing Response to Motion for Summary Judgment, confer with Ms. Cox regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 9.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 2684.50 |
| 293  TIME<br>11/14/2008<br>WIP<br>Insert edits and address comments from A. Lichtenstein, M. McLetchie and L. Rowland, and draft brief; confer with Ms. McLetchie regarding the same cite check and finalize and file Response. | J.Cox<br>Review/analyze<br>ACLU of Nevada | 11.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 2185.00 |
| 557  TIME<br>11/15/2008<br>WIP<br>Review Defendants' Response to Plaintiff's Motion to Summary Judgment plus exhibits. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 3.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1202.50 |

| 4/16/2009 | | ACLU of Nevada | | | |
| 6:07 PM | | Slip Listing | | | Page 7 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 527　　　　　TIME<br>11/23/2008<br>WIP<br>Review Plaintiff's Motion from Summary Judgment and Defendant's Response; outline issues for reply. | M. McLetchie<br>Other<br>ACLU of Nevada | 2.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 619.50 |
| 528　　　　　TIME<br>11/24/2008<br>WIP<br>Meet with J. Cox to advise regarding Reply. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 118.00 |
| 498　　　　　TIME<br>11/26/2008<br>WIP<br>Draft and file parties' Joint Stipulation to Extend Reply deadlines. | J.Cox<br>Other<br>ACLU of Nevada | 0.40<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 76.00 |
| 499　　　　　TIME<br>12/1/2008<br>WIP<br>Review Defendants' Opposition to Plaintiff's Motion for Summary Judgment and conference with M. McLetchie regarding the same. | J.Cox<br>Other<br>ACLU of Nevada | 2.40<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 456.00 |
| 500　　　　　TIME<br>12/2/2008<br>WIP<br>Begin drafting Reply. | J.Cox<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 57.00 |
| 501　　　　　TIME<br>12/3/2008<br>WIP<br>Conduct research regarding cases cited by defendants' regarding standing; begin draft of Reply. | J.Cox<br>Other<br>ACLU of Nevada | 3.40<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 646.00 |
| 530　　　　　TIME<br>12/4/2008<br>WIP<br>Review order on Stipulation regarding Summary Judgment briefing schedule; review draft sections from Ms. Cox. | M. McLetchie<br>Other<br>ACLU of Nevada | 1.90<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 560.50 |
| 502　　　　　TIME<br>12/4/2008<br>WIP<br>Continue working on draft of Reply and research additional cases and issues raised by the Defendants'. | J.Cox<br>Other<br>ACLU of Nevada | 2.90<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 551.00 |

4/16/2009  
6:07 PM  

ACLU of Nevada  
Slip Listing  

Page    8

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 503　TIME<br>12/4/2008<br>WIP<br>Continue working on Reply draft regarding tabling and time, place, and manner restrictions sections and e-mail to M. McLetchie. | J.Cox<br>Other<br>ACLU of Nevada | 10.80<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 2052.00 |
| 531　TIME<br>12/5/2008<br>WIP<br>E-mail conference regarding legal issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 59.00 |
| 558　TIME<br>12/7/2008<br>WIP<br>Edit plaintiff's Reply Brief. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 3.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1202.50 |
| 504　TIME<br>12/7/2008<br>WIP<br>Draft conclusion and incorporate edits from M. McLetchie. | J.Cox<br>Other<br>ACLU of Nevada | 1.30<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 247.00 |
| 505　TIME<br>12/8/2008<br>WIP<br>Finalize Reply; confer with Ms. McLetchie regarding the same and file with court. | J.Cox<br>Other<br>ACLU of Nevada | 7.60<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 1444.00 |
| 559　TIME<br>12/8/2008<br>WIP<br>Finalize plaintiff's reply brief. | A. Lichtenstein<br>Manage data/files<br>ACLU of Nevada | 2.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 650.00 |
| 532　TIME<br>12/8/2008<br>WIP<br>Attention to final editing and revising of Reply In Support of Motion on Summary Judgment; supervise J. Cox regarding the same and confer with Mr. Lichtenstein regarding the same; review Reply filed by defendants and consider issues. | M. McLetchie<br>Other<br>ACLU of Nevada | 8.20<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 2419.00 |
| 506　TIME<br>2/10/2009<br>WIP<br>Review of additional case information and draft Notice of Supplemental Authority letter to the court and send to A. Lichtenstein and M. Mcletchie for review. | J.Cox<br>Other<br>ACLU of Nevada | 1.70<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 323.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 538　　　　TIME<br>2/10/2009<br>WIP<br>Confer with J. Cox regarding supplemental authority letter. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 29.50 |
| 560　　　　TIME<br>2/13/2009<br>WIP<br>Review supplemental authority and letter regarding the same. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 162.50 |
| 507　　　　TIME<br>2/17/2009<br>WIP<br>Incorporate edits from M. McLetchie and file Notice of Supplemental Authority letter. | J.Cox<br>Other<br>ACLU of Nevada | 0.80<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 152.00 |
| 539　　　　TIME<br>2/17/2009<br>WIP<br>Edit supplemental authority letter. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |
| 561　　　　TIME<br>2/22/2009<br>WIP<br>Prepare for oral argument regarding cross motions for summary judgment. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 5.60<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 1820.00 |
| 540　　　　TIME<br>2/23/2009<br>WIP<br>Confer with A. Lichtenstein regarding preparation for February 23, 2009 hearing. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |
| 563　　　　TIME<br>2/23/2009<br>WIP<br>Attend hearing in District court. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 1.50<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 487.50 |
| 562　　　　TIME<br>2/23/2009<br>WIP<br>Final preparation for oral argument. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 1.00<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 325.00 |
| 508　　　　TIME<br>2/23/2009<br>WIP<br>Conference with A. Lichtenstein. M. Mcletchie and A. Loglia regarding cited cases and questions regarding case history. | J.Cox<br>Other<br>ACLU of Nevada | 0.70<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 133.00 |

4/16/2009　　　　　　　　　　　　　　　ACLU of Nevada
6:07 PM　　　　　　　　　　　　　　　　Slip Listing　　　　　　　　　　　　　　　　　　　　　Page　10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 510　　　　TIME<br>2/23/2009<br>WIP<br>Attend hearing on Motion for Summary Judgments. | J.Cox<br>Other<br>ACLU of Nevada | 1.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 285.00 |
| 509　　　　TIME<br>2/23/2009<br>WIP<br>Prepare for hearing and travel to courthouse for hearing. | J.Cox<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 57.00 |
| 541　　　　TIME<br>2/24/2009<br>WIP<br>Attention to Attorney Fee Motion; Confer with J. Cox regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.60<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 177.00 |
| 564　　　　TIME<br>3/20/2009<br>WIP<br>Review district court Order and Judgment. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 0.70<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 227.50 |
| 511　　　　TIME<br>3/23/2009<br>WIP<br>Begin draft of Attorney Fee Application. | J.Cox<br>Other<br>ACLU of Nevada | 2.20<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 418.00 |
| 512　　　　TIME<br>3/24/2009<br>WIP<br>Continue work on Attorney Fee Application. | J.Cox<br>Other<br>ACLU of Nevada | 1.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 285.00 |
| 542　　　　TIME<br>3/26/2009<br>WIP<br>Attention to Attorney Fee Application and time entry compilation and review. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 118.00 |
| 513　　　　TIME<br>3/30/2009<br>WIP<br>Continue drafting Attorney Fee Motion and compile affidavits and exhibits. | J.Cox<br>Other<br>ACLU of Nevada | 5.10<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 969.00 |
| 584　　　　TIME<br>3/31/2009<br>WIP<br>Attention to Attorney Fee Application. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.60<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 177.00 |

| 4/16/2009 | ACLU of Nevada | | |
|---|---|---|---|
| 6:07 PM | Slip Listing | | Page  11 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 569          TIME<br>4/13/2009<br>WIP<br>Confer regarding plans finalizing attorney fee application. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.10<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 29.50 |
| 565          TIME<br>4/15/2009<br>WIP<br>Work on motion for attorney's fees and prepare billing statement. | A. Lichtenstein<br>Other<br>ACLU of Nevada | 1.30<br>0.00<br>0.00<br>0.00 | 325.00<br>T@1 | 422.50 |
| 570          TIME<br>4/15/2009<br>WIP<br>Review time entry report; confer with Ms. Cox and Mr. Allen regarding finalizing application; confer with Ms. Shauntee regarding completing time report. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.40<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 118.00 |
| 568          TIME<br>4/16/2009<br>WIP<br>Finalize Attorney Fee Motion, compile exhibits and incorporate edits from A. Lichtenstein and file. | J.Cox<br>Other<br>ACLU of Nevada | 1.50<br>0.00<br>0.00<br>0.00 | 190.00<br>T@1 | 285.00 |
| 571          TIME<br>4/16/2009<br>WIP<br>Attention to finalization of the Attorney Fee Application; direct Ms. Cox regarding the same. | M. McLetchie<br>Other<br>ACLU of Nevada | 0.30<br>0.00<br>0.00<br>0.00 | 295.00<br>T@1 | 88.50 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable<br>Unbillable<br>Total | 164.90<br>28.25<br>193.15 | | 42372.50<br>5367.50<br>47740.00 |

| 4/16/2009 | ACLU of Nevada | |
| --- | --- | --- |
| 4:51 PM | Slip Listing | Page    1 |

## Selection Criteria

| | |
| --- | --- |
| Slip.Transaction Dat | 1/3/2006 - Latest |
| Slip.Classification | Open |
| Clie.Selection | Include: ACLU of Nevada |
| Slip.Transaction Typ | 2 - 2 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| 575<br>4/1/2007<br>WIP<br>Pacer Research | EXP | 6/30/2007 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 81 | 0.08 | 6.48 |
| 574<br>7/1/2007<br>WIP<br>Pacer Research | EXP | 9/30/2007 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 21 | 0.08 | 1.68 |
| 579<br>3/1/2008<br>WIP<br>Westlaw Research | EXP | 3/31/2008 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 53 | 0.30 | 15.90 |
| 578<br>4/1/2008<br>WIP<br>Westlaw Research | EXP | 4/30/2008 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 564 | 0.30 | 169.20 |
| 573<br>7/1/2008<br>WIP<br>Pacer Research | EXP | 9/30/2008 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 126 | 0.08 | 10.08 |
| 577<br>8/1/2008<br>WIP<br>Westlaw Research | EXP | 8/31/2008 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 226 | 0.30 | 67.80 |
| 576<br>9/1/2008<br>WIP<br>Westlaw Research | EXP | 9/30/2008 | M. McLetchie<br>Online researc<br>ACLU of Nevada | 1.21 | 0.30 | 0.36 |
| 572<br>10/1/2008<br>WIP<br>Pacer Research | EXP | 12/31/2008 | J.Cox<br>Online researc<br>ACLU of Nevada | 770 | 0.08 | 61.60 |

4/16/2009
4:51 PM

ACLU of Nevada
Slip Listing

Page    2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 583<br>11/1/2008<br>WIP<br>Westlaw Research | EXP | M. McLetchie<br>11/30/2008 Online researc<br>ACLU of Nevada | 180 | 0.30 | 54.00 |
| 582<br>12/1/2008<br>WIP<br>Westlaw Research | EXP | M. McLetchie<br>12/31/2008 Online researc<br>ACLU of Nevada | 28 | 0.30 | 8.40 |
| 567<br>1/1/2009<br>WIP<br>Pacer online research. | EXP | M. McLetchie<br>3/31/2009 Online researc<br>ACLU of Nevada | 117 | 0.08 | 9.36 |
| 581<br>2/1/2009<br>WIP<br>Westlaw Research | EXP | M. McLetchie<br>2/28/2009 Online researc<br>ACLU of Nevada | 160 | 0.30 | 48.00 |
| 580<br>3/1/2009<br>WIP<br>Westlaw Research | EXP | M. McLetchie<br>3/31/2009 Online researc<br>ACLU of Nevada | 145 | 0.30 | 43.50 |

Grand Total

| | Billable | 0.00 | | 496.36 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 496.36 |