IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NEVADA, et al., | ) ) ) | CIVIL NO. 97-01419-DAE-LRL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE CITY OF LAS VEGAS, et al., | ) ) | |
| Defendants. | ) ) | |

ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISQUALIFY

On January 15, 2010, Defendant City of Las Vegas filed a Counter Motion to Disqualify Counsel and Strike Declarations that was set before Magistrate Judge Lawrence R. Leavitt.  (Doc. # 251.)  Subsequently, on May 25, 2010, counsel for both Plaintiffs and Defendants informed the court that the parties had reached an agreement in principle on settling this action.  (See Doc. # 261.)  Draft guidelines of the parties' settlement are currently due on September 17, 2010.  (See Doc. # 263.)  Accordingly, the Court **DENIES AS MOOT**

Defendant City of Las Vegas' Counter Motion to Disqualify Counsel and Strike Declarations.  (Doc. # 251.)

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, September 8, 2010.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

American Civil Liberties Union of Nevada, et al., v. The City of Las Vegas, et al., Cv. No. 97-01419 DAE-LRL; ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISQUALIFY